UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERNARD CHESTNUT,

    Plaintiff,

v.                                 CASE NO.: 4:12cv551-SPM/CAS

JOHN EDWARD EAGEN,
and MARLENE NARRO,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Order and Report and Recommendation dated January 30, 2013. (Doc. 13). The parties have been furnished a copy of the Order and Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections timely filed, I have determined that the Report and Recommendation should be adopted. Accordingly, it is now ORDERED as follows:

    1    The magistrate judge's Order and Report and Recommendation (doc. 13) is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk is directed to close this file.

**DONE AND ORDERED** this 19th day of February, 2013.

                                        s/ *M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**